# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATED OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL EUGENE HOSEY,<br><br>Defendant. | Case No. 1:16-cr-00196-BLW<br><br>**ORDER** |

The Court has before it Defendant's unopposed Motion for Termination from Supervised Release (Dkt. 22). Good cause appearing, the Court will grant the Motion.

**ORDER**

**IT IS ORDERED** that Defendant Michael Eugene Hosey be discharged from supervised release and that the proceedings in the case be terminated.

DATED: February 15, 2018

_____
B. Lynn Winmill
Chief Judge
United States District Court

ORDER - 1